No. 04–7231.  BILLINGSLEA *v.* UNITED STATES.  C. A. 11th Cir.;

No. 04–8657.  JOYNER *v.* UNITED STATES.  C. A. 6th Cir.  Reported below: 105 Fed. Appx. 811;

No. 04–8659.  SCOTT *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 112 Fed. Appx. 965;

No. 04–8667.  ALCORN *v.* UNITED STATES.  C. A. 9th Cir.  Reported below: 116 Fed. Appx. 119;

No. 04–8670.  ALVARADO *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 111 Fed. Appx. 311;

No. 04–8678.  NAVA RIVAS *v.* UNITED STATES.  C. A. 9th Cir.  Reported below: 111 Fed. Appx. 505;

No. 04–8686.  VAZQUEZ-MOLINA *v.* UNITED STATES.  C. A. 1st Cir.  Reported below: 389 F. 3d 54;

No. 04–8709.  McGUIRE *v.* UNITED STATES.  C. A. 1st Cir.  Reported below: 389 F. 3d 225;

No. 04–8713.  GARCIA *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 112 Fed. Appx. 991;

No. 04–8714.  HELTON *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 115 Fed. Appx. 687;

No. 04–8715.  GOMEZ-MORALES *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 117 Fed. Appx. 334;

No. 04–8722.  LOWRY *v.* UNITED STATES.  C. A. 4th Cir.  Reported below: 116 Fed. Appx. 446;

No. 04–8724.  MADRAZO-CONSTANTE *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 111 Fed. Appx. 283;

No. 04–8726.  BAUTISTA-SANCHEZ *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 116 Fed. Appx. 512;

No. 04–8728.  CHAPPELL *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 113 Fed. Appx. 643;

No. 04–8732.  HOLLYWOOD *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 117 Fed. Appx. 905;

No. 04–8744.  VITELA *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 112 Fed. Appx. 991;

No. 04–8751.  LARSON *v.* UNITED STATES.  C. A. 9th Cir.  Reported below: 122 Fed. Appx. 301;

No. 04–8761.  BROWN *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 101 Fed. Appx. 522;

No. 04–8768.  TRASVINA ALVAREZ *v.* UNITED STATES.  C. A. 11th Cir.  Reported below: 116 Fed. Appx. 863;

No. 04–8775.  ELVE *v.* UNITED STATES.  C. A. 6th Cir.  Reported below: 115 Fed. Appx. 310; and

No. 04–8881.  HICKS *v.* UNITED STATES.  C. A. 6th Cir.  Reported below: 110 Fed. Appx. 600.  Motions of petitioners for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *United States* v. *Booker*, 543 U. S. 220 (2005).